No. 65. RAMON VALDES Y COBIAN, APPELLANT, *v.* LAWRENCE H. GRAHAME, AS COMMISSIONER OF THE INTERIOR OF PORTO RICO. Appeal from the District Court

of the United States for Porto Rico. October 11, 1910. Dismissed with costs, on motion of counsel for the appellant. *Mr. F. Kingsbury Curtis* for appellant. No appearance for appellee.

---

